ZEECHES, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Henry Zeeches against Arthur Smith. No opinion. Judgment and order affirmed, with costs.